THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodell Doctor, Appellant.
 
 
 

Appeal From Hampton County
 John L. Breeden, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-461
Submitted August 1, 2008  Filed August 8,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy
 Chief Appellate Defender for Capital Appeals Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort, for
 Respondent.
 
 
 

PER CURIAM: Rodell Doctor was convicted of possession of cocaine
 with intent to distribute.  He was sentenced to ten years imprisonment,
 suspended on the service of two years imprisonment and four years probation. 
 Doctor appeals his conviction, arguing the circuit court erred in admitting
 evidence of a handgun found in the trailer where Doctor was arrested.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Doctors appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.